**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−22280−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mark A. Pancari | Cathleen L Pancari |
| 1160 Cross Creek Road | 1160 Cross Creek Road |
| Burgettstown, PA 15021 | Burgettstown, PA 15021 |

Social Security No.:
  xxx−xx−8129                                                 xxx−xx−8334

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
David A. Rice
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301
Telephone number: 724−225−7270

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
August 26, 2019
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
August 26, 2019
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/24/19

BY THE COURT

Carlota M. Bohm
Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 19-22280-CMB
Mark A. Pancari                                                         Chapter 13
Cathleen L Pancari
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: agro                    Page 1 of 2                  Date Rcvd: Jul 24, 2019
                              Form ID: rsc13                Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
db/jdb         +Mark A. Pancari,    Cathleen L Pancari,    1160 Cross Creek Road,    Burgettstown, PA 15021-2402
15065265      ++AMERICAN EDUCATION SERVICES,    ATTN AES,    P O BOX 8183,    HARRISBURG PA 17105-8183
                (address filed with court:   American Education Services,     1200 North 7th Street,
                Harrisburg, PA 17102)
15065264       +Aes/pheaa,    P.O. Box 2461,   Harrisburg, PA 17105-2461
15065266       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
15065267      #+Barclays Bank Delaware,    c/o Michael Ratchford, Esq.,    409 Lackawana Ave., Suite 3C,
                Scranton, PA 18503-2059
15065270      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court:   Columbia Gas,    P.O. Box 742537,    Cincinnati, OH 45274)
15065268        Chase Mortgage,    3475Vision Drive,    Columbus, OH 43219
15065269       +Collection Service Ctr / Wash Ped Adoles,    Attn: Bankruptcy,    Po Box 560,
                New Kensington, PA 15068-0560
15065271       +Cornerstone Care,    7 Goassworks Road,    Greensboro, PA 15338-9507
15065273       +Ditech Financial LLC,    c/o Kevin McDonald, Esq.,    KLM Law Group,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
15065275       +Independence - Cross Creek Jt Sewage,    P.O. Box 156,    Avella, PA 15312-0156
15065276       +Kidney Care Center,    280 North Avenue,    Washington, PA 15301-3513
15065277       +PA-American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
15065279       +Quality Asset Recovery / Cornerstone Car,    Attn: Bankruptcy,    Po Box 239,
                Gibbsboro, NJ 08026-0239
15065280       +Trac/CBCD/Citicorp,    Citicorp Credit/Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
15065281       +Transworld / Bartusiak Dental,    500 Virginia Drive, Suite 514,
                Fort Washington, PA 19034-2707
15065283       +US Dept of Education,    P.O. Box 105028,    Atlanta, GA 30348-5028
15065282       +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
15065285       +Washington Health System,    P.O. Box 16243,    Pittsburgh, PA 15242-0243
15092377       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
15065286       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2019 03:25:29     Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2019 03:27:58
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15065272        E-mail/Text: mrdiscen@discover.com Jul 25 2019 03:25:01     Discover Financial,
                Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
15071373        E-mail/Text: mrdiscen@discover.com Jul 25 2019 03:25:01     Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
15065274       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 25 2019 03:25:13     Ditech Mortgage,
                P.O.Box 94710,    Palatine, IL 60094-4710
15065278       +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 03:28:18     Paypal Credit,    P.O. Box 105658,
                Atlanta, GA 30348-5658
15075325       +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 03:27:51     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15065284       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 25 2019 03:24:52
                Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                Weldon Springs, MO 63304-2225
15065287       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 25 2019 03:26:04     West Penn Power,
                P.O. Box 3687,    Akron, OH 44309-3687
15075572       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 25 2019 03:26:04     West Penn Power,
                5001 NASA Blvd.,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-2           User: agro                  Page 2 of 2                  Date Rcvd: Jul 24, 2019
                               Form ID: rsc13              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Mark A. Pancari ricelaw1@verizon.net, lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Cathleen L Pancari ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net
                                                                                              TOTAL: 7
```