*FILING FEE PAID*   (Yes)   No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Pancari _____ JAD/TPA/(CMB)/GLT

Case Number: 19-22280

Date of Meeting: 9/23/19

Debtor(s) present ___ or Not Present ✓    Recording # _____
(__ No Payments Made or __ partial payments)
Attorney for debtor(s) Lowden  (Present ✓ or Not Present ___)
Date of Plan at § 341: _____   Applicable commitment period ___ 3 yrs ___ 5 yrs

3rd miss

Payments posted

problem is that case cannot proceed
with Debtors appearing for meeting

Filing Fee Receipt entered 6/6/19

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
___✓__ Meeting NOT HELD
          ___✓__ Order to Show Cause Requested
          _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
          _____ 341 Meeting   OR   _____ Conciliation Conf. OR ___ *Contested Hearing
On _____ at _____ am/pm Location _____