## PROCEEDING MEMO

Date: 11/06/2019 10:00 am

In re: Mark A. Pancari
       Cathleen Pancari

Bankruptcy No. 19-22280-CMB
Chapter: 13
Doc. # 30

**Appearances:**

**Movant(s):** Katz

**Respondents:** Scott R. Lowden, Esq. for Debtor, Debtors Present

**Creditor(s):**

**Nature of Proceeding:** #30 Rule To Show Cause re Failure To Attend Section 341 Meetings of Creditors

**Additional Pleadings:**

**Judge's Notes:**

No objection to 1 more meeting from trustee
 Debtor granted 1 more chance to attend 341 meeting, ..... if missed again case will be automatically dismissed

FILED
11/6/19 1:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge