Form RSC13

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 19−22280−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mark A. Pancari | Cathleen L Pancari |
| 1160 Cross Creek Road | 1160 Cross Creek Road |
| Burgettstown, PA 15021 | Burgettstown, PA 15021 |

Social Security No.:
xxx−xx−8129                                xxx−xx−8334

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| David A. Rice | Ronda J. Winnecour |
| Rice & Associates Law Firm | Suite 3250, USX Tower |
| 15 West Beau Street | 600 Grant Street |
| Washington, PA 15301 | Pittsburgh, PA 15219 |
| Telephone number: 724−225−7270 | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| December 9, 2019 | December 9, 2019 |
| 09:00 AM | 09:00 AM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 11/6/19                                BY THE COURT

Carlota M. Bohm
Judge

Case 19-22280-CMB    Doc 35    Filed 11/08/19    Entered 11/09/19 00:48:43    Desc Imaged
                                  Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-22280-CMB
Mark A. Pancari                                                     Chapter 13
Cathleen L Pancari
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro               Page 1 of 2          Date Rcvd: Nov 06, 2019
                              Form ID: rsc13           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
```
db/jdb         +Mark A. Pancari,    Cathleen L Pancari,    1160 Cross Creek Road,    Burgettstown, PA 15021-2402
15065264       +Aes/pheaa,    P.O. Box 2461,    Harrisburg, PA 17105-2461
15065266       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
15065270      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas,    P.O. Box 742537,    Cincinnati, OH 45274)
15065268        Chase Mortgage,    3475Vision Drive,    Columbus, OH 43219
15104890       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
15065269       +Collection Service Ctr / Wash Ped Adoles,    Attn: Bankruptcy,    Po Box 560,
                 New Kensington, PA 15068-0560
15065271       +Cornerstone Care,    7 Goassworks Road,    Greensboro, PA 15338-9507
15065273       +Ditech Financial LLC,    c/o Kevin McDonald, Esq.,    KLM Law Group,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
15105185        Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
15065275       +Independence - Cross Creek Jt Sewage,    P.O. Box 156,    Avella, PA 15312-0156
15065276       +Kidney Care Center,    280 North Avenue,    Washington, PA 15301-3513
15065277       +PA-American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
15065279       +Quality Asset Recovery / Cornerstone Car,    Attn: Bankruptcy,    Po Box 239,
                 Gibbsboro, NJ 08026-0239
15065280       +Trac/CBCD/Citicorp,    Citicorp Credit/Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195-0507
15065281       +Transworld / Bartusiak Dental,    500 Virginia Drive, Suite 514,
                 Fort Washington, PA 19034-2733
15065283       +US Dept of Education,    P.O. Box 105028,    Atlanta, GA 30348-5028
15117444       +Unifund CCR,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
15065282       +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
15065285       +Washington Health System,    P.O. Box 16243,    Pittsburgh, PA 15242-0243
15092377       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
15065286       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2019 03:52:23      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 03:50:39
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15065265       +E-mail/Text: girddb@aessuccess.org Nov 07 2019 03:52:03      American Education Services,
                 1200 North 7th Street,    Harrisburg, PA 17102-1419
15065272        E-mail/Text: mrdiscen@discover.com Nov 07 2019 03:51:42      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
15071373        E-mail/Text: mrdiscen@discover.com Nov 07 2019 03:51:42      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15065274       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2019 03:51:54      Ditech Mortgage,
                 P.O.Box 94710,    Palatine, IL 60094-4710
15105296        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 04:03:57
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15065278       +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 03:49:37      Paypal Credit,    P.O. Box 105658,
                 Atlanta, GA 30348-5658
15075325       +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 03:49:41      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15065284       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 07 2019 03:51:37
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
15099998        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2019 04:04:06      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
15065287       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 07 2019 03:52:45      West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
15075572       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 07 2019 03:52:45      West Penn Power,
                 5001 NASA Blvd.,    Fairmont, WV 26554-8248
                                                                                               TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
15117487*     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of PA,    P.O. Box 117,    Columbus, OH 43216)
15065267      ##+Barclays Bank Delaware,    c/o Michael Ratchford, Esq.,    409 Lackawana Ave., Suite 3C,
                 Scranton, PA 18503-2059
                                                                                 TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: agro              Page 2 of 2              Date Rcvd: Nov 06, 2019
                              Form ID: rsc13          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:

```
          David A. Rice    on behalf of Debtor Mark A. Pancari ricelaw1@verizon.net, lowdenscott@gmail.com
          David A. Rice    on behalf of Joint Debtor Cathleen L Pancari ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net
                                                                                             TOTAL: 7
```