## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MARK A. PANCARI<br>CATHLEEN L PANCARI<br>　　　Debtor(s) | Case No. 19-22280CMB |
| RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>　　　Movant | Chapter 13 |
| 　　　vs.<br>DITECH FINANCIAL LLC(*)<br>　　　Respondents | Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 6317.

Regular mortgage payments are currently being directed to the following creditor at the following address:

> DITECH FINANCIAL LLC(*)
> ATTENTION: BK CASH MANAGEMENT
> 301 W BAY STREET
> FLOOR 22, J253
> JACKSONVILLE,FL 32202

Movant has been requested to send payments to:
> NewRez LLC
> PO BOX 10826
> GREENVILLE SC 29603

The Chapter 13 Trustee's CID Records of DITECH FINANCIAL LLC(*) have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 11/26/2019.

|  |  |  |
|---|---|---|
|  |  | /s/ Ronda J. Winnecour |
|  |  | RONDA J WINNECOUR PA ID #30399 |
| cc: | Debtor | CHAPTER 13 TRUSTEE WD PA |
|  | Original creditor | 600 GRANT STREET |
|  | Putative creditor | SUITE 3250 US STEEL TWR |
|  | Debtor's Counsel | PITTSBURGH, PA  15219 |
|  |  | (412) 471-5566 |
|  |  | cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
MARK A. PANCARI, CATHLEEN L PANCARI, 1160 CROSS CREEK ROAD, BURGETTSTOWN, PA  15021

DEBTOR'S COUNSEL:
SCOTT R LOWDEN ESQ**, NICOTERO & LOWDEN PC, 3948 MONROEVILLE BLVD STE 2, MONROEVILLE, PA  15146

ORIGINAL CREDITOR'S COUNSEL:
JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

ORIGINAL CREDITOR:
DITECH FINANCIAL LLC(*), ATTENTION: BK CASH MANAGEMENT, 301 W BAY STREET, FLOOR 22, J253, JACKSONVILLE, FL  32202

NEW CREDITOR:
NewRez LLC
PO BOX 10826
GREENVILLE SC 29603