IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Mark A. Pancari  
Cathleen L. Pancari  
    Debtors

Bankruptcy No. 19-22280 CMB

Related to Doc. #38

Chapter 13

Mark A. Pancari  
Cathleen L. Pancari  
    Movants

v.

Ditech Financial LLC,  
    Respondent

## ORDER OF COURT

AND NOW, this 16th day of December, 2019.

**IT IS HEREBY ORDERED** that a hearing on the Motion for Loss Mitigation - Late Entry is scheduled for **January 15, 2020 at 10:00 a.m.** in Courtroom B, 54th Floor US Steel Tower, 600 Grant Street, Pittsburgh PA 15219.

FILED  
12/16/19 3:53 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*  
    dmk  
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-22280-CMB
Mark A. Pancari                                                         Chapter 13
Cathleen L Pancari
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Dec 16, 2019
                              Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
db            +Mark A. Pancari,    1160 Cross Creek Road,   Burgettstown, PA 15021-2402
jdb           +Cathleen L Pancari,   1160 Cross Creek Road,   Burgettstown, PA 15021-2402
15105185       Ditech Financial LLC,   P.O. Box 12740,   Tempe, AZ 85284-0046
15065273      +Ditech Financial LLC,   c/o Kevin McDonald, Esq.,   KLM Law Group,
               701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Mark A. Pancari ricelaw1@verizon.net,    lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Cathleen L Pancari ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net
                                                                                             TOTAL: 7