# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| Mark A Pancari, | : | Bankruptcy 19-22280-CMB |
| Cathleen L Pancari, | : | |
| Debtors | : | Chapter 13 |
| Mark A Pancari, | : | |
| Cathleen L Pancari | : | Document No. |
| Movants | : | |
| | : | |
| v. | : | |
| Ditech Financial LLC, | : | |
| | : | |
| Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**Motion for Loss Mitigation # 38**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on December 4, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objections or other responsive pleading to the motion appears thereon. Pursuant to the Motion for Loss Mitigation, objections to the Motion were to be filed no later than December 18, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: December 23, 2019          By:   /s/ David A Rice, Esq.
Rice & Associates Law Firm
15 West Beau Street, Washington, PA  15301
724-225-7270
PA  50329