IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | |
|---|---|
| MARK A PANCARI,<br>CATHLEEN L PANCARI,<br><br>Debtors,<br><br>MARK A PANCARI,<br>CATHLEEN L PANCARI,<br><br>Movants,<br>vs<br><br>DITECH FINANCIAL LLC,<br><br>Respondent. | Bankruptcy No.: 19-22280-CMB<br>Chapter 13<br>Document No.: |

### **CERTFICATE OF SERVICE**

On this day, December 24, 2019, I hereby certify that I served a true and correct copy of the Loss Mitigation Order on the following parties via prepaid U.S. postage:

**Ditech Financial LLC**
**P.O. Box 12740**
**Tempe, AZ  85284**

**Ditech Financial LLC**
**c/o Kevin G McDonald, Esq.**
**701 Market Street, Suite 5000**
**Philadelphia, PA  19106**

                                               Attorney for Movant:
                                               Rice & Associates Law Firm
                                               /s/ David A Rice, Esq.
                                               15 West Beau Street
                                               Washington, PA  15301
                                               724-225-7270
                                               ricelaw1@verizon.net
                                               PA ID#  50329