IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Mark A Pancari,<br>Cathleen L Pancari<br>　　　　Debtors | : | Bankruptcy 19-22280-CMB |
| | | : | Chapter 13 |
| | Mark A Pancari,<br>Cathleen L Pancari,<br>　　　　Movants | : | re Document No.   38 |
| | v.<br>Ditech Financial LLC,<br>　　　　Respondent, | : | **ENTERED BY DEFAULT** |

## LOSS MITIGATION ORDER

A ***Motion for Loss Mitigation*** was filed by Mark and Cathleen Pancari on December 4, 2019. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

***AND NOW***, this  23rd  day of  December, 20 19 , it is hereby **ORDERED** that:

　　(1)　The following parties are directed to participate in the Court's ***Loss Mitigation Program*** (**LMP**) as set forth in *W.PA.LBR 9020-1* through *9020-7*.

　　　　Debtors:　　Mark and Cathleen Pancari

　　　　Creditor:　　Ditech Financial LLC

　　(2)　***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $  450.00  per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

　　(3)　***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

　　(4)　***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)  *Within fourteen (14) days of the debtor's submission of the Core LMP Package*, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)  *Within sixty (60) days from the entry of this Order*, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)  *One hundred twenty (120) days from the entry of this Order,* the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)  *Within seven (7) days of the termination of the Loss Mitigation Period*, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)  Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

*[signature]*
Carlota M. Böhm    dmk
Chief United States Bankruptcy Court Judge

FILED
12/23/19 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                    Case No. 19-22280-CMB
Mark A. Pancari                                                           Chapter 13
Cathleen L Pancari
      Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dsaw                  Page 1 of 1                  Date Rcvd: Dec 23, 2019
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db/jdb         +Mark A. Pancari,    Cathleen L Pancari,    1160 Cross Creek Road,    Burgettstown, PA 15021-2402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Mark A. Pancari ricelaw1@verizon.net,   lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Cathleen L Pancari ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net
                                                                                             TOTAL: 7