IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| Mark A Pancari, | : | Case No. 19-22280-CVMB |
| Cathleen L Pancari, | : | |
| Debtor(s) | : | Chapter 13 |
| Mark A Pancari, | : | |
| Cathleen L Pancari, | : | Related to Doc No. 48 |
| Movant(s) | : | |
| vs. | : | |
| Ditech Financial LLC., and | : | |
| Shellpoint Mortgage Servicing, | : | |
| Respondent(s) | : | |

**CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Court Order Substituting LMP Servicer on the Chapter 13 Trustee at the following email address:

LMP@chapter13trusteewdpa.com

01/07/2020

Attorney for Movants:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID#  50329