IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Mark A Pancari, | : | Bankruptcy 19-22280-CMB |
| Cathleen L Pancari, | : | |
| Debtors | : | Chapter 13 |
| Mark A Pancari, | : | |
| Cathleen L Pancari, | : | Document No.  48 |
| Movants, | : | |
| | : | |
| v. | : | |
| Ditech Financial LLC, | : | |
| Shellpoint Mortgage Servicing, | : | |
| Respondents | : | |

## ORDER SUBSTITUTING LMP SERVICER

On December 4, 2019 the above named Debtor(s) filed a *Motion for Loss Mitigation* following which time the Court entered a *Loss Mitigation Order* dated December 23, 2019, at Document No. 45, naming Ditech Financial LLC ("Former Servicer") as the Party responsible for representing the Lender in the LMP and setting forth certain deadlines for the then named Respondent.

Subsequent to entry of the above Order, the Debtor(s) was notified that the Former Servicer identified in said LMP Order changed and that the current Servicer/Lender is Shellpoint Mortgage Servicing, P.O. 10826, Greenville, SC 29603 ("Current Servicer"). On December 30, 2019, the Debtor complied with all its obligations to properly designate the Current Servicer on the LMP Portal and now it is incumbent on the Court to relieve the Former Servicer from any further responsibilities under the current *Loss Mitigation Order* and formally transfer those duties, responsibilities and obligations to the Current Servicer.

*AND NOW,* this __7th__ of __January, 2020,__ for the foregoing reasons it is hereby **ORDERED, *ADJUDGED and DECREED*** that:

(1) Ditech Financial LLC is relieved from any further responsibility pursuant to the *Loss Mitigation Order* referred to above and that *Order* is ***VACATED*** as to it.

(2) Shellpoint Mortgage Servicing is now designated as the Current Servicer responsible for completion of all LMP duties, responsibilities and obligations previously imposed on the Former Servicer referred to in Paragraph 1, above. The Current Servicer is now fully responsible for compliance with all LMP requirements as if originally designated in the *Loss Mitigation Order* in the first instance.

(3) Within three (3) days of entry of this *Order Substituting LMP Servicer*, the Debtor shall upload this *Order* on the LMP Portal and serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com.** The Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

FILED
1/7/20 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm   dmk
Chief United States Bankruptcy Court Judge

By:   /s/ David A Rice
      Attorney for Debtor(s)/Movant
      David A Rice, Esq.
      Rice & Associates Law Firm
      15 W. Beau Street
      Washington, PA 15301
      PA. ID. NO. 72116
      ricelaw1@verizon.net
      (724) 225-7270

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-22280-CMB
Mark A. Pancari                                                       Chapter 13
Cathleen L Pancari
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1           Date Rcvd: Jan 07, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
db/jdb        +Mark A. Pancari,   Cathleen L Pancari,   1160 Cross Creek Road,   Burgettstown, PA 15021-2402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
          David A. Rice    on behalf of Debtor Mark A. Pancari ricelaw1@verizon.net,    lowdenscott@gmail.com
          David A. Rice    on behalf of Joint Debtor Cathleen L Pancari ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net
                                                                                             TOTAL: 7