IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Mark A. Pancari | : | Bankruptcy No. 19-22280 CMB |
| Cathleen L. Pancari | : | |
| Debtor | : | Chapter 13 |
| Mark A. Pancari | : | |
| Cathleen L. Pancari | : | Related to Document No. 55 |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: 3/11/2020 at 10:00 am |
| | : | |
| Shellpoing Mortgage Servicing | : | |
| Respondent | : | |

ORDER OF COURT

AND NOW, this __18th__ day of __February__, 2020

It is ORDERED that a Status Conference regarding the Loss Mitigation Process is scheduled for __March 11, 2020__ at __10:00 a.m__, in Courtroom __B__, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

FILED
2/18/20 4:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*    dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mark A. Pancari  
Cathleen L Pancari  
    Debtors

Case No. 19-22280-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 1    Date Rcvd: Feb 18, 2020  
                              Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
```
db/jdb         +Mark A. Pancari,    Cathleen L Pancari,    1160 Cross Creek Road,    Burgettstown, PA 15021-2402
               +Shellpoint Mortgage Servicing,    75 Beattie Pl #300,    Greenville, SC 29601-2138
               +Shellpoint Mortgage Servicing,    PO box 10826,    Greenville, SC 29603-0826
15105185        Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
15065273       +Ditech Financial LLC,    c/o Kevin McDonald, Esq.,    KLM Law Group,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15065274       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 19 2020 03:11:47      Ditech Mortgage,
                 P.O.Box 94710,    Palatine, IL 60094-4710
                                                                                              TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:
```
              David A. Rice    on behalf of Joint Debtor Cathleen L Pancari ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Debtor Mark A. Pancari ricelaw1@verizon.net,   lowdenscott@gmail.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net
                                                                                              TOTAL: 7
```