## PROCEEDING MEMO

Date: 03/11/2020 10:00 am

In re:  Mark A. Pancari
       Cathleen L Pancari

Bankruptcy No. 19-22280-CMB
Chapter: 13
Doc. # 57

**Appearances:**  Scott Lowden, Esq.
                Warmbrodt
                ~~Shellpoint Mortgage Servicing~~
                Katz

Nature of Proceeding: #57 Status Conference re Loss Mitigation

Additional Pleadings:  #55 Motion for Status Conference
                            #57 Order Setting Status Conference re LMP
                            #57 Certificate of Service

Judge's Notes:

matter resolved

FILED
3/11/20 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge