IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Mark A. Pancari | : | Bankruptcy No. 19-22280 CMB |
| Cathleen L. Pancari | : | |
| Debtor | : | Chapter 13 |
| Mark A. Pancari | : | |
| Cathleen L. Pancari | : | Related to Document No. 45 , 62 |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| Shellpoint Mortgage Servicing | : | |
| | : | |
| Respondent | : | |

## ORDER

A *Loss Mitigation Order* dated  12-23-20 , was entered in the above matter at Document No. 45.  The Loss Mitigation Period terminates on  4-21-20  pursuant to the Order.  On  4-17-20 , a ***Motion to Extend the Loss Mitigation Period*** was filed by  Mark A. and Cathleen L. Pancari  at Document No.    62    .

AND NOW, this   4th   day of         May          , 20 20 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the Motion is Moot, due to the Order Entered on 4/21/2020, approving the Interim Mortgage Modification, which extended the Loss Mitigation Period to July 15, 2020.

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 19-22280-CMB
Mark A. Pancari                                                          Chapter 13
Cathleen L Pancari
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw              Page 1 of 1                Date Rcvd: May 04, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2020.
db/jdb         +Mark A. Pancari,    Cathleen L Pancari,    1160 Cross Creek Road,    Burgettstown, PA 15021-2402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2020 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Mark A. Pancari ricelaw1@verizon.net,   lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Cathleen L Pancari ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net
                                                                                             TOTAL: 7