# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: MARK A. & CATHLEEN L PANCARI
- Case Number: 19-22280-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, JULY 16, 2020  10:00 AM  3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#41 - Final Confirmation of Plan Dated  6/6/2019 (NFC)
R / M #:  41 / 0

**Appearances:**

- Debtor: Lowden
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

LMP pending

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 10/22/20 at 9:30 AM
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

FILED
7/22/20 2:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

7/10/2020   8:08:54AM