IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Mark A. Pancari | : | Bankruptcy No. 19-22280 CMB |
| Cathleen L. Pancari | : | |
| Debtor | : | Chapter 13 |
| Mark A. Pancari | : | |
| Cathleen L. Pancari | : | Related to Document No. 45  & 71 |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| Shellpoint Mortgage Servicing | : | |
| | : | |
| Respondent | : | |

## ORDER

A *Loss Mitigation Order* dated  12-23-20 , was entered in the above matter at Document No. 45.  The Loss Mitigation Period terminates on  7-15-20  pursuant to the Interim Mortgage Modification Order (DN 64).  On  7-14-20 , a ***Motion to Extend the Loss Mitigation Period*** was filed by  Mark A. and Cathleen L. Pancari  at Document No. 71  .

AND NOW, this  24th  day of  July , 20 20 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* **August 28,  20 20 .**

FILED
7/24/20 10:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____  dmk
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 19-22280-CMB
Mark A. Pancari                                                     Chapter 13
Cathleen L Pancari
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dsaw              Page 1 of 1               Date Rcvd: Jul 24, 2020
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
db/jdb         +Mark A. Pancari,    Cathleen L Pancari,    1160 Cross Creek Road,    Burgettstown, PA 15021-2402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2020 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Mark A. Pancari ricelaw1@verizon.net,   lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Cathleen L Pancari ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net
                                                                                             TOTAL: 7