IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK PANCARI,<br>CATHLEEN PANCARI,<br><br>    Debtors,<br><br>MARK PANCARI,<br>CATHLEEN PANCARI,<br>    Movants,<br>vs<br><br>CARVANA,<br>RONDA WINNECOUR, Trustee,<br><br>    Respondents. | Bankruptcy No.: 19-22280-CMB<br>Chapter 13<br>Document No.: |

## CERTIFICATE OF SERVICE OF MOTION TO APPROVE FINANCING AND NOTICE OF HEARING WITH RESPONSE DEADLINE

I, David A Rice, Esq., certify under penalty of perjury that I served the above captioned pleading Debtor's Motion along with Notice of Hearing with Response Deadline on the parties at the addresses on the attached matrix, on July 28, 2020 by US Postal Service First Class Mail.

Ronda J. Winnecour, Trustee
3250 USX Tower, 600 Grant Street
Pittsburgh, PA  15219

US Trustee
1001 Liberty Avenue, Ste. 970
Pittsburgh, PA 15222

EXECUTED ON:  July 28, 2020

By:    /s/ David A Rice
        David A Rice, Esq.
        PA I.D. 50329
        Rice & Associates Law Firm
        15 W. Beau Street
        Washington, PA 15301
        Ricelaw1@verizon.net
        (724) 225-7270

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-22280-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Jul 27 14:23:21 EDT 2020 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Aes/pheaa<br>P.O. Box 2461<br>Harrisburg, PA 17105-2461 | American Education Services<br>1200 North 7th Street<br>Harrisburg, PA 17102-1419 | Barclays Bank Delaware<br>Attn: Correspondence<br>Po Box 8801<br>Wilmington, DE 19899-8801 |
| Barclays Bank Delaware<br>c/o Michael Ratchford, Esq.<br>409 Lackawana Ave., Suite 3C<br>Scranton, PA 18503-2059 | Chase Mortgage<br>3475 Vision Drive<br>Columbus, OH 43219 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Collection Service Ctr / Wash Ped Adoles<br>Attn: Bankruptcy<br>Po Box 560<br>New Kensington, PA 15068-0560 | (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | Cornerstone Care<br>7 Goassworks Road<br>Greensboro, PA 15338-9507 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Ditech Financial LLC<br>P.O. Box 12740<br>Tempe, AZ 85284-0046 |
| Ditech Financial LLC<br>c/o Kevin McDonald, Esq.<br>KLM Law Group<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | Ditech Mortgage<br>P.O.Box 94710<br>Palatine, IL 60094-4710 | Independence - Cross Creek Jt Sewage<br>P.O. Box 156<br>Avella, PA 15312-0156 |
| Kidney Care Center<br>280 North Avenue<br>Washington, PA 15301-3513 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PA-American Water<br>P.O. Box 371412<br>Pittsburgh, PA 15250-7412 | Paypal Credit<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quality Asset Recovery / Cornerstone Car<br>Attn: Bankruptcy<br>Po Box 239<br>Gibbsboro, NJ 08026-0239 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Trac/CBCD/Citicorp<br>Citicorp Credit/Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 |
| Transworld / Bartusiak Dental<br>500 Virginia Drive, Suite 514<br>Fort Washington, PA 19034-2733 | US Dept of Education<br>P.O. Box 105028<br>Atlanta, GA 30348-5028 | Unifund CCR<br>10625 Techwoods Circle<br>Cincinnati, OH 45242-2846 |

| | | |
|---|---|---|
| Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 | Verizon<br>Verizon Wireless Bk Admin<br>500 Technology Dr Ste 550<br>Weldon Springs, MO 63304-2225 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Washington Health System<br>P.O. Box 16243<br>Pittsburgh, PA 15242-0243 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh NC 27605-1000 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 |
| West Penn Power<br>5001 NASA Blvd.<br>Fairmont, WV 26554-8248 | West Penn Power<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Cathleen L Pancari<br>1160 Cross Creek Road<br>Burgettstown, PA 15021-2402 |
| David A. Rice<br>Rice & Associates Law Firm<br>15 West Beau Street<br>Washington, PA 15301-6806 | Mark A. Pancari<br>1160 Cross Creek Road<br>Burgettstown, PA 15021-2402 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Scott R. Lowden<br>Nicotero & Lowden PC<br>3948 Monroeville Blvd., Suite 2<br>Monroeville, PA 15146-2437 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Columbia Gas<br>P.O. Box 742537<br>Cincinnati, OH 45274 | (d)Columbia Gas of PA<br>P.O. Box 117<br>Columbus, OH 43216 | Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)DITECH FINANCIAL LLC | (u)New Residential Mortgage LLC | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     2<br>Total                   44 |