IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | |
|---|---|
| MARK PANCARI,<br>CATHLEEN PANCARI,<br><br>    Debtors,<br><br>MARK PANCARI,<br>CATHLEEN PANCARI,<br>    Movants,<br>vs<br><br>CARVANA,<br>RONDA WINNECOUR, Trustee,<br><br>    Respondents. | Bankruptcy No.: 19-22280-CMB<br>Chapter 13<br>Document No.: |

### CERTIFICATION OF NO OBJECTION REGARDING
**Motion to Approve Financing at Docket # 75**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on July 28, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objections or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 14, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: 08/15/2020      By:    /s/ David A Rice, Esq.
                              Rice & Associates Law Firm
                              15 West Beau Street, Washington, PA  15301
                              724-225-7270
                              PA  50329