IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK PANCARI,<br>CATHLEEN PANCARI,<br><br>    Debtors,<br><br>MARK PANCARI,<br>CATHLEEN PANCARI,<br>    Movants,<br>    vs<br><br>CARVANA,<br>RONDA WINNECOUR, Trustee,<br><br>    Respondents. | Bankruptcy No.: 19-22280-CMB<br>Chapter 13<br>Document No.: |

## CERTIFICATE OF SERVICE OF ORDER APPROVING AUTOMOBILE FINANCING

I, David A Rice, Esq., certify under penalty of perjury that I served the above captioned Court Order dated August 17, 2020 on the parties at the addresses on the attached matrix, on August 17, 2020 by US Postal Service First Class Mail.

Ronda J. Winnecour, Trustee
3250 USX Tower, 600 Grant Street
Pittsburgh, PA  15219

US Trustee
1001 Liberty Avenue, Ste. 970
Pittsburgh, PA 15222

Carvana, LLC
63 Pierce Road
Winder, GA  30680

Executed:  August 17, 2020

By:    /s/ David A Rice
David A Rice, Esq.
PA I.D. 50329
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
Ricelaw1@verizon.net
(724) 225-7270

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-22280-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Aug 17 08:08:13 EDT 2020 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Aes/pheaa<br>P.O. Box 2461<br>Harrisburg, PA 17105-2461 | American Education Services<br>1200 North 7th Street<br>Harrisburg, PA 17102-1419 | Barclays Bank Delaware<br>Attn: Correspondence<br>Po Box 8801<br>Wilmington, DE 19899-8801 |
| Barclays Bank Delaware<br>c/o Michael Ratchford, Esq.<br>409 Lackawana Ave., Suite 3C<br>Scranton, PA 18503-2059 | Chase Mortgage<br>3475Vision Drive<br>Columbus, OH 43219 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Collection Service Ctr / Wash Ped Adoles<br>Attn: Bankruptcy<br>Po Box 560<br>New Kensington, PA 15068-0560 | (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | Cornerstone Care<br>7 Goassworks Road<br>Greensboro, PA 15338-9507 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Ditech Financial LLC<br>P.O. Box 12740<br>Tempe, AZ 85284-0046 |
| Ditech Financial LLC<br>c/o Kevin McDonald, Esq.<br>KLM Law Group<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | Ditech Mortgage<br>P.O.Box 94710<br>Palatine, IL 60094-4710 | Independence - Cross Creek Jt Sewage<br>P.O. Box 156<br>Avella, PA 15312-0156 |
| Kidney Care Center<br>280 North Avenue<br>Washington, PA 15301-3513 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PA-American Water<br>P.O. Box 371412<br>Pittsburgh, PA 15250-7412 | Paypal Credit<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quality Asset Recovery / Cornerstone Car<br>Attn: Bankruptcy<br>Po Box 239<br>Gibbsboro, NJ 08026-0239 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Trac/CBCD/Citicorp<br>Citicorp Credit/Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 |
| Transworld / Bartusiak Dental<br>500 Virginia Drive, Suite 514<br>Fort Washington, PA 19034-2733 | US Dept of Education<br>P.O. Box 105028<br>Atlanta, GA 30348-5028 | Unifund CCR<br>10625 Techwoods Circle<br>Cincinnati, OH 45242-2846 |

```
Us Dept Of Ed/glelsi                Verizon                                  Verizon
Po Box 7860                         Verizon Wireless Bk Admin                by American InfoSource as agent
Madison, WI 53707-7860              500 Technology Dr Ste 550                PO Box 4457
                                    Weldon Springs, MO 63304-2225            Houston, TX  77210-4457


Washington Health System            Wells Fargo Bank N.A., d/b/a Wells Fargo Aut   Wells Fargo Dealer Services
P.O. Box 16243                      PO Box 130000                            Attn: Bankruptcy
Pittsburgh, PA 15242-0243           Raleigh NC 27605-1000                    Po Box 19657
                                                                             Irvine, CA 92623-9657


West Penn Power                     West Penn Power                          Cathleen L Pancari
5001 NASA Blvd.                     P.O. Box 3687                            1160 Cross Creek Road
Fairmont, WV 26554-8248             Akron, OH 44309-3687                     Burgettstown, PA 15021-2402


David A. Rice                       Mark A. Pancari                          Ronda J. Winnecour
Rice & Associates Law Firm          1160 Cross Creek Road                    Suite 3250, USX Tower
15 West Beau Street                 Burgettstown, PA 15021-2402              600 Grant Street
Washington, PA 15301-6806                                                    Pittsburgh, PA 15219-2702


Scott R. Lowden
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146-2437
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Columbia Gas                        (d)Columbia Gas of PA                    Discover Financial
P.O. Box 742537                     P.O. Box 117                             Attn: Bankruptcy Department
Cincinnati, OH 45274                Columbus, OH 43216                       Po Box 15316
                                                                             Wilmington, DE 19850


Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)DITECH FINANCIAL LLC             (u)New Residential Mortgage LLC          End of Label Matrix
                                                                             Mailable recipients    42
                                                                             Bypassed recipients     2
                                                                             Total                  44
```