IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Mark A. Pancari : | | Bankruptcy No. 19-22280 CMB |
| Cathleen L. Pancari : | | |
| Debtor : | | Chapter 13 |
| Mark A. Pancari : | | |
| Cathleen L. Pancari : | | Related to Document No. 45  & 84 |
| Movant : | | |
| : | | |
| v. : | | Hearing Date and Time: |
| Shellpoint Mortgage Servicing : | | |
| : | | |
| Respondent : | | |

# ORDER

A *Loss Mitigation Order* dated  12-23-20 , was entered in the above matter at Document No. 45.  The Loss Mitigation Period terminates on  8-28-20  pursuant to Order of Court (DN 73).  On  8-26-20 , a ***Motion to Extend the Loss Mitigation Period*** was filed by   Mark A. and Cathleen L. Pancari at Document No.   84.

AND NOW, this  10th  day of  September , 20 20 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* October 15, 2020.

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
9/10/20 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-22280-CMB
Mark A. Pancari                                                     Chapter 13
Cathleen L Pancari
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Sep 10, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db/jdb         +Mark A. Pancari,    Cathleen L Pancari,    1160 Cross Creek Road,    Burgettstown, PA 15021-2402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
          David A. Rice    on behalf of Debtor Mark A. Pancari ricelaw1@verizon.net,    lowdenscott@gmail.com
          David A. Rice    on behalf of Joint Debtor Cathleen L Pancari ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net
                                                                                             TOTAL: 7