IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | |
|---|---|
| Mark Pancari,<br>Cathleen Pancari | Bankruptcy No.:  19-22280-CMB<br>Chapter 13<br>Document No.: |
| Debtors, | |
| Mark Pancari,<br>Cathleen Pancari, | |
| Movants,<br>vs | |
| No Respondents, | |
| Respondents. | |

**CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Text Order at Docket 93 and the Amendment to Schedule B on each party listed below by first class U.S. mail on September 16, 2020.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

Attorney for Movant:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID# 50329