IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Mark Pancari,
    Cathleen Pancari

        Debtors,

    Mark Pancari,
    Cathleen Pancari,

        Movants,
    vs

    Credito Real USA Finance LLC,

        Respondents.

Bankruptcy No.: 19-22280-CMB
Chapter 13
Document No.:

**<u>CERTFICATE OF SERVICE</u>**

    I hereby certify that I served a true and correct copy of the Text Order at Docket 92 and the Amendment to Schedule D on each party listed below by first class U.S. mail on September 16, 2020.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

Credito Real USA Finance LLC
1475 W Cypress Creek Road, Suite 300
Fort Lauderdale, FL  33309

        Attorney for Movant:
        Rice & Associates Law Firm
        /s/ David A Rice, Esq.
        15 West Beau Street
        Washington, PA  15301
        724-225-7270
        ricelaw1@verizon.net
        PA ID# 50329