IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Mark Pancari,
    Cathleen Pancari,

              Debtors,

    Mark Pancari,
    Cathleen Pancari,

              Movants,

Bankruptcy No. 19-22280-CMB

Chapter 13

Related to Document No.

No Respondent

              Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the September 22, 2020 Order of Court and the Amended Chapter 13 Plan by prepaid first-class US mail on September 22, 2020 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA 15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA 15222

**Each and Every Creditor on the
Court's Mailing Matrix (attached)**

Dated: 09/22/2020

/s/: David A. Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA 15301
PA ID# 50329
Ricelaw1@verizon.net
(724) 225-7270

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-22280-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Sep 22 11:50:12 EDT 2020 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Aes/pheaa<br>P.O. Box 2461<br>Harrisburg, PA 17105-2461 | American Education Services<br>1200 North 7th Street<br>Harrisburg, PA 17102-1419 | Barclays Bank Delaware<br>Attn: Correspondence<br>Po Box 8801<br>Wilmington, DE 19899-8801 |
| Barclays Bank Delaware<br>c/o Michael Ratchford, Esq.<br>409 Lackawana Ave., Suite 3C<br>Scranton, PA 18503-2059 | Chase Mortgage<br>3475 Vision Drive<br>Columbus, OH 43219 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Collection Service Ctr / Wash Ped Adoles<br>Attn: Bankruptcy<br>Po Box 560<br>New Kensington, PA 15068-0560 | (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | Cornerstone Care<br>7 Goassworks Road<br>Greensboro, PA 15338-9507 |
| Creditor Real USA Finance LLC<br>1475 W Cypress Creek Road, Suite 300<br>Fort Lauderdale, FL 33309-1931 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Ditech Financial LLC<br>P.O. Box 12740<br>Tempe, AZ 85284-0046 | Ditech Financial LLC<br>c/o Kevin McDonald, Esq.<br>KLM Law Group<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | Ditech Mortgage<br>P.O. Box 94710<br>Palatine, IL 60094-4710 |
| Independence - Cross Creek Jt Sewage<br>P.O. Box 156<br>Avella, PA 15312-0156 | Kidney Care Center<br>280 North Avenue<br>Washington, PA 15301-3513 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA-American Water<br>P.O. Box 371412<br>Pittsburgh, PA 15250-7412 | Paypal Credit<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quality Asset Recovery / Cornerstone Car<br>Attn: Bankruptcy<br>Po Box 239<br>Gibbsboro, NJ 08026-0239 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Trac/CBCD/Citicorp<br>Citicorp Credit/Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Transworld / Bartusiak Dental<br>500 Virginia Drive, Suite 514<br>Fort Washington, PA 19034-2733 | US Dept of Education<br>P.O. Box 105028<br>Atlanta, GA 30348-5028 |

| | | |
|---|---|---|
| Unifund CCR<br>10625 Techwoods Circle<br>Cincinnati, OH 45242-2846 | Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 | Verizon<br>Verizon Wireless Bk Admin<br>500 Technology Dr Ste 550<br>Weldon Springs, MO 63304-2225 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Washington Health System<br>P.O. Box 16243<br>Pittsburgh, PA 15242-0243 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh NC 27605-1000 |
| Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 | West Penn Power<br>5001 NASA Blvd.<br>Fairmont, WV 26554-8248 | West Penn Power<br>P.O. Box 3687<br>Akron, OH 44309-3687 |
| Cathleen L Pancari<br>1160 Cross Creek Road<br>Burgettstown, PA 15021-2402 | David A. Rice<br>Rice & Associates Law Firm<br>15 West Beau Street<br>Washington, PA 15301-6806 | Mark A. Pancari<br>1160 Cross Creek Road<br>Burgettstown, PA 15021-2402 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Scott R. Lowden<br>Nicotero & Lowden PC<br>3948 Monroeville Blvd., Suite 2<br>Monroeville, PA 15146-2437 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Columbia Gas<br>P.O. Box 742537<br>Cincinnati, OH 45274 | (d)Columbia Gas of PA<br>P.O. Box 117<br>Columbus, OH 43216 | Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)DITECH FINANCIAL LLC | (u)New Residential Mortgage LLC | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients    2<br>Total                  45 |