IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| Mark Pancari, | : | Bankruptcy No. 19-22280-CMB |
| Cathleen Pancari, | : | |
| Debtors, | : | |
| | : | |
| Mark Pancari, | : | Chapter 13 |
| Cathleen Pancari, | : | |
| Movants, | : | |
| | : | Related to Document No. |
| v. | : | |
| Credito Real USA Finance, LLC, | : | |
| Prestige Auto Mall, | : | |
| Ronda Winnecour, Trustee, | : | |
| Respondents. | : | |

**CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Emergency Motion to Compel Enforcement of Court Order and the Court Order Scheduling Hearing Dates for Response on each party listed below by first class U.S. mail on September 28, 2020.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Credito Real USA Finance LLC
1475 W Cypress Creek Road, Suite 300
Fort Lauderdale, FL  33309

Prestige Auto Mall
1559 State Road
Cuyahoga Falls, OH  44223

Attorney for Movants:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID#  50329