**PROCEEDING MEMO**

**Date: 10/07/2020 11:00 am**

**In re:**  **Mark A. Pancari**
**Cathleen L Pancari**

**Bankruptcy No. 19-22280-CMB**
**Chapter: 13**
**Doc. # 104**

**Telephonic Appearances:**  **Joseph Nicotero, Esq.**
**Ronda Winnecour, Esq.**

**Nature of Proceeding:** #104 Emergency Motion to Compel Enforcement of Court Order

**Additional Pleadings:** #106 Certificate of Service

**Judge's Notes:**
- Nicotero: Seeking an order which allows financing to go forward so that clients can keep vehicle.
- Winnecour: no additional comments
OUTCOME: Motion Granted. Order entered. Attorney Nicotero to serve order and file Certificate of Service.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
10/7/20 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA