IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | |
|---|---|
| MARK PANCARI,<br>CATHLEEN PANCARI,<br><br>    Debtors,<br><br>MARK PANCARI,<br>CATHLEEN PANCARI,<br>    Movants,<br>    vs<br><br>CREDITO REAL USA FINANCE LLC,<br>PRESTIGE AUTO MALL, and<br>RONDA WINNECOUR, Trustee,<br><br>    Respondents | Bankruptcy No.: 19-22280-CMB<br>Chapter 13<br>Document No.:<br><br>re doc. 104 |

## ORDER OF COURT

AND NOW, this __7th__ day of __October__, 2020, Upon consideration of the Motion to Compel Enforcement of Court Order, it is hereby ORDERED, ADJUDGED and DECREED that Respondent Credito Real USA Finance, LLC is required to accept payments through an Amended Plan in accordance with this Court's August 17, 2020 Order at docket number 81.

FILED
10/7/20 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge