IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| Mark Pancari, | : | Bankruptcy No. 19-22280-CMB |
| Cathleen Pancari, | : | |
|     Debtors, | : | |
| | : | |
| Mark Pancari, | : | Chapter 13 |
| Cathleen Pancari, | : | |
|     Movants, | : | |
| | : | Related to Document No. 104 |
| v. | : | |
| Credito Real USA Finance, LLC, | : | |
| Prestige Auto Mall, | : | |
| Ronda Winnecour, Trustee, | : | |
|     Respondents. | : | |

### **CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Court Order dated October 7, 2020 on each party listed below by first class U.S. mail on October 7, 2020.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Credito Real USA Finance LLC
1475 W Cypress Creek Road, Suite 300
Fort Lauderdale, FL  33309

Prestige Auto Mall
1559 State Road
Cuyahoga Falls, OH  44223

Attorney for Movants:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID#  50329