IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | |
|---|---|
| MARK PANCARI, <br> CATHLEEN PANCARI, <br><br> Debtors, <br><br> MARK PANCARI, <br> CATHLEEN PANCARI, <br> Movants, <br> vs <br><br> CREDITO REAL USA FINANCE LLC, <br> PRESTIGE AUTO MALL, and <br> RONDA WINNECOUR, Trustee, <br><br> Respondents | Bankruptcy No.: 19-22280-CMB <br> Chapter 13 <br> Document No.: <br><br> re doc. 104 |

## ORDER OF COURT

AND NOW, this __7th__ day of __October__, 2020, Upon consideration of the Motion to Compel Enforcement of Court Order, it is hereby ORDERED, ADJUDGED and DECREED that Respondent Credito Real USA Finance, LLC is required to accept payments through an Amended Plan in accordance with this Court's August 17, 2020 Order at docket number 81.

FILED
10/7/20 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 19-22280-CMB
Mark A. Pancari                                                                          Chapter 13
Cathleen L Pancari
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 2
Date Rcvd: Oct 07, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Mark A. Pancari, Cathleen L Pancari, 1160 Cross Creek Road, Burgettstown, PA 15021-2402

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**      **Bypass Reason**      **Name and Address**
jdb      *+      Cathleen L Pancari, 1160 Cross Creek Road, Burgettstown, PA 15021-2402

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

David A. Rice
     on behalf of Debtor Mark A. Pancari ricelaw1@verizon.net lowdenscott@gmail.com

David A. Rice
     on behalf of Joint Debtor Cathleen L Pancari ricelaw1@verizon.net lowdenscott@gmail.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net

Scott R. Lowden
    on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net

TOTAL: 7