**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mark A. Pancari　　　　　　　　　　　　　　　　　CHAPTER 13
　　　　　Cathleen L. Pancari
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　BKY. NO. 19-22280 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of Credito Real and index same on the master mailing list.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　/s/ Maria D. Miksich
　　　　　　　　　　　　　　Maria Miksich
　　　　　　　　　　　　　　05 Apr 2021, 09:38:34, EDT

　　　　　　　　　　　　　　Brian C. Nicholas, Esq. (317240) ☐
　　　　　　　　　　　　　　Maria D. Miksich, Esq. (319383) ☑
　　　　　　　　　　　　　　Rebecca A. Solarz, Esq. (315936) ☐
　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　bkgroup@kmllawgroup.com