**Date: 04/12/2021 11:00 am**

**In re:**  **Mark A. Pancari**
**Cathleen L Pancari**

                **Bankruptcy No. 19-22280-CMB**
                **Chapter: 13**
                **Doc. # 114**

**Appearances via Zoom: Joseph Nicotero, Brian Nicholas, Pete Neuman, Ronda Winnecour**

**Nature of Proceeding:** #114 Motion For Contempt

**Additional Pleadings:** #115 Notice of Hearing
                                #116 Objection of USA Finance

**Judge's Notes:**

OUTCOME: Continued to 5/25 at 1:30 pm.
-Attorney Nicholas, Attorney Nicotero and Mr. Neuman to meet and confer for two hours with clients present on or before 5/9 to try to resolve issues. Mr. Neuman may participate or hire an attorney to participate.
-Attorney Nicotero to file status report afterwards.
-If issues are not resolved, parties should be prepared to tell the Court at the continued hearing how they want to move forward.

                                                  **Carlota Böhm**
                                                  **Chief U.S. Bankruptcy Judge**

FILED
4/12/21 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22280-CMB |
| Mark A. Pancari | Chapter 13 |
| Cathleen L Pancari | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Apr 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A. Pancari, Cathleen L Pancari, 1160 Cross Creek Road, Burgettstown, PA 15021-2402 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2021          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Respondent Credito Real USA Finance  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| David A. Rice | |
| | on behalf of Debtor Mark A. Pancari ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | |
| | on behalf of Joint Debtor Cathleen L Pancari ricelaw1@verizon.net  lowdenscott@gmail.com |
| Joseph F. Nicotero | |
| | on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net |
| Joseph F. Nicotero | |
| | on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net |

District/off: 0315-2     User: dsaw     Page 2 of 2
Date Rcvd: Apr 12, 2021     Form ID: pdf900     Total Noticed: 1

Maria Miksich
                      on behalf of Creditor Credito Real mmiksich@kmllawgroup.com

Office of the United States Trustee
                      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                      cmecf@chapter13trusteewdpa.com

Scott R. Lowden
                      on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net

Scott R. Lowden
                      on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net


TOTAL: 11