IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :     Bankruptcy No. 19-22280-CMB
                                    :
MARK PANCARI, and                   :
CATHLEEN PANCARI,                   :
        Debtor(s).                  :     Chapter 13
                                    :
MARK PANCARI, and                   :
CATHLEEN PANCARI,                   :     Related to Doc No. 120
        Movant(s),                  :
                                    :
vs.                                 :
                                    :
CREDITO REAL USA FINANCE            :
LLC, PRESTIGE AUTO MALL, and:
RONDA WINNECOUR, Trustee            :
        Respondents.                :

**AMENDED CERTIFICATE OF SERVICE OF DEBTOR'S STATUS REPORT**

I, Joseph F. Nicotero, Esq., certify under penalty of perjury that I served the above captioned pleading Debtor's STATUS REPORT on the parties at the addresses on the attached matrix, on  May 19, 2021 by US Postal Service First Class Mail, Certified Mail, or Electronic Means.

EXECUTED ON:  May 19, 2021

                            By:    /s/  Joseph F. Nicotero
                                   Joseph F. Nicotero, Esq.
                                   PA I.D. 83406
                                   Rice & Associates Law Firm
                                   15 West Beau Street
                                   Washington, PA 15301
                                   (412) 374-7161
                                   niclowlgl@comcast.net

Via ECF:

Ronda J. Winnecour, Trustee                          US Trustee
3250 USX Tower, 600 Grant Street                     1001 Liberty AvenueSte. 970
Pittsburgh, PA  15219                                Pittsburgh, PA 15222

Via First Class Mail:

Brian C. Nicholas, Esquire                           Pete Neuman
Attorney for Credito Real USA Finance LLC            Director of Operations
216 Haddon Avenue, Suite 406                         Prestige Auto Mall
Westmont, NJ 08018                                   1559 State Road
                                                     Cuyahoga Falls, OH 44278


Mark & Cathleen Pancari
1160 Cross Creek Road
Burgettstown, PA 15021