# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARK PANCARI, and
CATHLEEN PANCARI,
    Debtor

MARK PANCARI, and
CATHLEEN PANCARI,
    Movant(s)

v.

CREDITO REAL USA FINANCE LLC,
PRESTIGE AUTO MALL, and
RONDA WINNECOUR, Trustee
    Respondent(s)

Bankruptcy No: 19-22280 CMB

Chapter 13

Related to Doc. Nos. 114, 118 & 120

## ORDER OF COURT

AND NOW, this __20th__ day of May, 2021, per request of the parties, it is ORDERED ADJUDGED and DECREED that this matter is continued until __July 14,__ _____, 2021, at __1__:__30__ ~~AM~~/PM pending the filing of a Stipulation and Agreement by the parties.

The hearing scheduled for May 25, 2021 at 1:30 PM in this matter is hereby canceled.

FILED
5/20/21 7:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm  dmk
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22280-CMB |
| Mark A. Pancari | Chapter 13 |
| Cathleen L Pancari | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A. Pancari, Cathleen L Pancari, 1160 Cross Creek Road, Burgettstown, PA 15021-2402 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Respondent Credito Real USA Finance  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| David A. Rice | |
| | on behalf of Debtor Mark A. Pancari ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | |
| | on behalf of Joint Debtor Cathleen L Pancari ricelaw1@verizon.net  lowdenscott@gmail.com |
| Joseph F. Nicotero | |
| | on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net |
| Joseph F. Nicotero | |
| | on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor Credito Real mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net

Scott R. Lowden
    on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net

TOTAL: 11