IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-22280-CMB |
| | : | |
| MARK PANCARI, and | : | |
| CATHLEEN PANCARI, | : | |
| Debtor(s). | : | Chapter 13 |
| | : | |
| MARK PANCARI, and | : | |
| CATHLEEN PANCARI, | : | Doc No. |
| Movant(s), | : | |
| | : | Related to Doc. Nos. 114, 116 & 128 |
| vs. | : | |
| | : | |
| CREDITO REAL USA FINANCE | : | |
| LLC, PRESTIGE AUTO MALL, and | : | |
| RONDA WINNECOUR, Trustee | : | |
| Respondents. | : | |

**STIPULATION AND AGREEMENT**

It is hereby stipulated by and among Brian C. Nicholas, Esquire, counsel for Respondent Credito Real USA Finance, LLC, and Pete Neuman, Director of Operations for Respondent Prestige Auto Mall, and Joseph F. Nicotero, Esquire, counsel for Movants Mark Pancari and Cathleen Pancari, as follows:

1. On August 17, 2020, at Docket Number 81, this Court issued an Order granting Movants, Mark Pancari and Cathleen Pancari, the ability to finance a vehicle through an amended plan.

2. Movants provided the Court Order to Respondent Prestige Auto Mall (hereinafter "Prestige") and subsequently signed documents at that dealership to purchase a vehicle. Prestige offered to sell the retail installment contract to Credito Real USA Finance, LLC (hereinafter "Credito"). Credito declined to purchase the loan.

3. After taking possession of the vehicle, Movants filed a Report of Financing on September 9, 2020, at Docket Number 85. Movants filed an Amended Plan dated September 17, 2020 incorporating monthly payments for the vehicle.

4. Respondent Prestige later contacted Movants and requested return of the vehicle. Prestige explained that due to a misunderstanding, Respondent Credito had declined to accept the financing.

5. Due to the misunderstanding, Movants have been unable to use the vehicle in question since the original purchase. They have made regular monthly payments to the Trustee since the filing of the Report of Financing. The Trustee is currently holding the vehicle payments on reserve pending the outcome of this Motion for Contempt.

6. Without any party admitting to liability and in an effort to resolve this dispute amicably without the need of further litigation, the parties hereto stipulate and agree that::

    a. Respondent Prestige will cause Movants' information to be re-submitted to Credito for approval of the financing of the vehicle, and

    b. Credito will finance Movants vehicle under the original terms of the contract as per the Report of Financing filed with the Court September 9, 2020, and

    c. Prestige will transfer the title to the vehicle to Movants with a lien in favor of Credito, and

    d. Credito and Prestige will each contribute Twenty-Five Hundred Dollars ($2,500.00) towards the settlement of these claims, to be distributed as follows:

        I. Credito and Prestige shall each issue one check each in the amount of $2,500 payable to Rice and Associates Attorney Trust Account within 30 days of receipt of the entered Consent Order and a fully executed W9. The checks shall be mailed care of Rice & Associates at 15 West Beau Street, Washington, PA 15301, and

    e. The Trustee shall immediately distribute all funds held on reserve for the vehicle payments to Credito, as listed in the confirmed Amended Plan dated September 17, 2020, and

    f. Counsel for Movants shall amend the Petition and Schedules in the underlying bankruptcy to exempt the $2,500.00 asset to be received by the Movants as a result of this Stipulation,

and

  g. Counsel for Movants will not be required to amend the confirmed Plan dated September 17, 2020, and

  h. The Chapter 13 Trustee does not object to the settlement and reserves all rights to object to any exemption in the payment(s) to the Debtors.

  i. This agreement shall govern as to all claims between the parties which are the subject matter of this Motion and this Motion should be closed as settled by the parties.

      Rice & Associates Law Firm

      BY: /s/Joseph F. Nicotero
        Joseph F. Nicotero, Esquire
        Pa. I.D. No. 83406
        3948 Monroeville Blvd., Suite 2
        Monroeville, PA  15146
        josephnicotero@gmail.com
        412-374-7161


      Credito Real USA Finance, LLC

      BY: /s/ Brian C. Nicholas
        Brian C. Nicholas, Esquire
        KML Law Group, P.C.
        701 Market Street
        Suite 5000
        Philadelphia, PA 19106
        bnicholas@kmllawgroup.com
        201-549-2366


      Prestige Auto Mall

      BY: /s/ Pete Neuman
        Pete Neuman
        Director of Operations
        Prestige Auto Mall
        1559 State Road
        Cuyahoga Falls, OH  44223
        PeteN@PrestigeAutoMall.com
        330-604-8090

                                                Office of the Chapter 13 Trustee

                                    BY:    /s/ Owen Katz
                                                Owen Katz, Staff Attorney
                                                Office of the Chapter 13 Trustee
                                                US Steel Tower, Suite 3250
                                                600 Grant Street
                                                Pittsburgh, PA 15219
                                                412-471-5566 x3124

APPROVED BY THE COURT THIS _14th_ DAY OF _September_, 2021.

*Carlota M. Böhm* /dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
9/14/21 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA