IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | |
|---|---|
| Mark Pancari,<br>Cathleen Pancari,<br><br>    Debtors,<br><br>Mark Pancari,<br>Cathleen Pancari,<br>    Movants,<br>vs<br><br>No Respondents,<br><br>    Respondent. | Bankruptcy No.: 19-22280-CMB<br>Chapter 13<br>Document No.: |

**CERTFICATE OF SERVICE**

    I hereby certify that I served a true and correct copy of the Text Order at Docket 131 and the Amendment to Schedules B and C on each party listed below by first class U.S. mail on September 16, 2021.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

    Attorney for Movant:
    Rice & Associates Law Firm
    /s/ David A Rice, Esq.
    15 West Beau Street
    Washington, PA  15301
    724-225-7270
    ricelaw1@verizon.net
    PA ID# 50329