IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-22280-CMB |
| | : | |
| MARK PANCARI, and | : | |
| CATHLEEN PANCARI, | : | |
|     Debtor(s). | : | Chapter 13 |
| | : | |
| MARK PANCARI, and | : | |
| CATHLEEN PANCARI, | : | Doc No. |
|     Movant(s), | : | |
| | : | Related to Doc. Nos. 114, 116 & 128 |
| vs. | : | |
| | : | |
| CREDITO REAL USA FINANCE | : | |
| LLC, PRESTIGE AUTO MALL, and | : | |
| RONDA WINNECOUR, Trustee | : | |
|     Respondents. | : | |

## STIPULATION AND AGREEMENT

It is hereby stipulated by and among Brian C. Nicholas, Esquire, counsel for Respondent Credito Real USA Finance, LLC, and Pete Neuman, Director of Operations for Respondent Prestige Auto Mall, and Joseph F. Nicotero, Esquire, counsel for Movants Mark Pancari and Cathleen Pancari, as follows:

1.  On August 17, 2020, at Docket Number 81, this Court issued an Order granting Movants, Mark Pancari and Cathleen Pancari, the ability to finance a vehicle through an amended plan.

2.  Movants provided the Court Order to Respondent Prestige Auto Mall (hereinafter "Prestige") and subsequently signed documents at that dealership to purchase a vehicle. Prestige offered to sell the retail installment contract to Credito Real USA Finance, LLC (hereinafter "Credito"). Credito declined to purchase the loan.

3. After taking possession of the vehicle, Movants filed a Report of Financing on September 9, 2020, at Docket Number 85. Movants filed an Amended Plan dated September 17, 2020 incorporating monthly payments for the vehicle.

  4. Respondent Prestige later contacted Movants and requested return of the vehicle. Prestige explained that due to a misunderstanding, Respondent Credito had declined to accept the financing.

  5. Due to the misunderstanding, Movants have been unable to use the vehicle in question since the original purchase. They have made regular monthly payments to the Trustee since the filing of the Report of Financing. The Trustee is currently holding the vehicle payments on reserve pending the outcome of this Motion for Contempt.

  6. Without any party admitting to liability and in an effort to resolve this dispute amicably without the need of further litigation, the parties hereto stipulate and agree that::

  a. Respondent Prestige will cause Movants' information to be re-submitted to Credito for approval of the financing of the vehicle, and

  b. Credito will finance Movants vehicle under the original terms of the contract as per the Report of Financing filed with the Court September 9, 2020, and

  c. Prestige will transfer the title to the vehicle to Movants with a lien in favor of Credito, and

  d. Credito and Prestige will each contribute Twenty-Five Hundred Dollars ($2,500.00) towards the settlement of these claims, to be distributed as follows:

   I. Credito and Prestige shall each issue one check each in the amount of $2,500 payable to Rice and Associates Attorney Trust Account within 30 days of receipt of the entered Consent Order and a fully executed W9. The checks shall be mailed care of Rice & Associates at 15 West Beau Street, Washington, PA 15301, and

  e. The Trustee shall immediately distribute all funds held on reserve for the vehicle payments to Credito, as listed in the confirmed Amended Plan dated September 17, 2020, and

  f. Counsel for Movants shall amend the Petition and Schedules in the underlying bankruptcy to exempt the $2,500.00 asset to be received by the Movants as a result of this Stipulation,

and

    g.    Counsel for Movants will not be required to amend the confirmed Plan dated September 17, 2020, and

    h.    The Chapter 13 Trustee does not object to the settlement and reserves all rights to object to any exemption in the payment(s) to the Debtors.

    i.    This agreement shall govern as to all claims between the parties which are the subject matter of this Motion and this Motion should be closed as settled by the parties.

Rice & Associates Law Firm

BY:    /s/Joseph F. Nicotero
Joseph F. Nicotero, Esquire
Pa. I.D. No. 83406
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146
josephnicotero@gmail.com
412-374-7161

Credito Real USA Finance, LLC

BY:    /s/ Brian C. Nicholas
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
bnicholas@kmllawgroup.com
201-549-2366

Prestige Auto Mall

BY:    /s/ Pete Neuman
Pete Neuman
Director of Operations
Prestige Auto Mall
1559 State Road
Cuyahoga Falls, OH 44223
PeteN@PrestigeAutoMall.com
330-604-8090

Office of the Chapter 13 Trustee

BY: /s/ Owen Katz
Owen Katz, Staff Attorney
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566 x3124

APPROVED BY THE COURT THIS \_\_\_14th\_\_\_ DAY OF \_\_\_September\_\_\_, 2021.

Carlota M. Böhm  dmk
Chief United States Bankruptcy Court Judge

FILED
9/14/21 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                         Case No. 19-22280-CMB
Mark A. Pancari                                                                                        Chapter 13
Cathleen L Pancari
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: dsaw                                         Page 1 of 2
Date Rcvd: Sep 14, 2021              Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A. Pancari, Cathleen L Pancari, 1160 Cross Creek Road, Burgettstown, PA 15021-2402 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021                      Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Respondent Credito Real USA Finance  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Mark A. Pancari ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Cathleen L Pancari ricelaw1@verizon.net  lowdenscott@gmail.com |
| Joseph F. Nicotero | on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net |
| Joseph F. Nicotero | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Sep 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net

Maria Miksich
    on behalf of Creditor Credito Real mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Joint Debtor Cathleen L Pancari niclowlgl@comcast.net

Scott R. Lowden
    on behalf of Debtor Mark A. Pancari niclowlgl@comcast.net

TOTAL: 11