IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Mark A Pancari, | : | Bankruptcy No. 19-22280-CMB |
| Cathleen L Pancari, | : | |
| Debtor, | : | |
| | : | |
| Mark A Pancari, | : | Chapter 13 |
| Kathleen L Pancari, | : | |
| Movant, | : | |
| | : | Related to Document No. |
| v. | : | |
| No Respondent, | : | |
| Respondent. | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Text Order at docket number 143 and the Amendment to Schedules I & J on each party listed below by first class U.S. mail on August 25, 2022.


Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

                Attorney for Movant(s):
                Rice & Associates Law Firm
                /s/ David A Rice, Esq.
                15 West Beau Street
                Washington, PA  15301
                724-225-7270
                ricelaw1@verizon.net
                PA ID#  50329