IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

    MARK A PANCARI,
    CATHLEEN L PANCARI,

    Debtor,

SCOTT R. LOWDEN, ESQ.,

    Applicant,

vs

NO RESPONDENT,

    Respondent.

Bankruptcy No.: 19-22280-CMB
Chapter 13
Document No.:

**CERTIFICATION OF NO OBJECTION REGARDING**
**Application for Compensation # 146**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on September 2, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objections or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 19, 2022.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: 09/20/2022      By:      /s/ David A Rice, Esq.
                                                       Rice & Associates Law Firm
                                                       15 West Beau Street, Washington, PA 15301
                                                       724-225-7270
                                                       PA 50329